# LAW OFFICES
## of
# ANTRANIG ASLANIAN, JR., P.C.

ATTORNEY AT LAW
1047 ANDERSON AVENUE
FORT LEE, NEW JERSEY 07024
(201) 592-0500
FAX (201) 224-9841

ANTRANIG ASLANIAN, JR.

ANTRANIG ASLANIAN, SR.
1933-1994

February 23, 2015

Honorable Joseph A. Dickson, JUSDC
US Magistrate
M.L. King Jr.,
Federal Building & Courthouse, 2nd Floor
50 Walnut Street
Newark, NJ 07102

      Re:    Victoria's Secret v. Nematalla et al
              Civil Action No. 2:14-cv-02180-JLL-JAD
              Our File No. 2014-1339

Dear Judge Dickson:

      Due to circumstances that will be more adequately set forth in a Certification and Brief, I am seeking to submit together with a Motion, I wish to apply to the Court to be relieved as counsel for the Defendants, Mina Nematalla, Mina Nossier and Adamantium International LLC. I have informed by telephone the Jones Day firm of my intention to withdraw from the case. I would like to make this motion immediately and further ask the Court to extend times so that successor counsel will have time to meet discovery deadlines. This motion is being addressed to Your Honor since it does not involve substantive issues. However, should the Court feel it should go before Judge Linares I would appreciate your advising me accordingly.

      The motion is prepared and merely seeks your authorization to be filed.

                            Respectfully,
                            LAW OFFICES OF
                            ANTRANIG ASLANIAN, JR., PC

                            ANTRANIG ASLANIAN, JR.

AA:mb
cc:    Jennifer L. Del Medico, Esq.
       Lucy J. Wheatley, Esq.
       Susan M. Kayser, Esq.