LAW OFFICES OF ANTRANIG ASLANIAN, JR. P.C.
1047 Anderson Avenue
Fort Lee, New Jersey 07024
T: (201) 592-0500
F: (201) 224-9841
andyaslanian@yahoo.com
Attorneys for Defendants
Our File No.: 2014-1339

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA'S SECRET STORE BRANDS MANAGEMENT, INC., | CASE NO. 2:14-CV-02180-JLL-JAD |
| Plaintiff, | |
| vs. | |
| MINA NEMATALLA, MINA NOSSIER, ADAMANTIUM INTERNATIONAL LLC, PIYUSH GLIA AND JOHN DOES 1-10 INCLUSIVE, | NOTICE OF MOTION TO BE RELIEVED AS ATTORNEY FOR DEFENDANTS MINA NEMATALLA, MINA NOSSIER and ADAMANTIUM INTERNATIONAL LLC RETURNABLE MARCH 16, 2015 |
| Defendants | |

TO:   MINA NEMATALLA, Defendant
      41 E. 43rd Street
      Bayonne, NJ  07022

      MINA NOSSIER, Defendant
      17 West 32nd Street
      Bayonne, NJ  07022

ADAMANTIUM INTERNATIONAL LLC, Defendant
Mina Nematalla, Registered Agent
41 E. 43rd Street
Bayonne, NJ 07022

Jennifer Lynn Del Medico, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Susan M. Kayser, Esq.
Lucy Jewett Wheatley
Jones Day
51 Louisiana Ave., NW
Washington, DC 20001


PLEASE TAKE NOTICE that the Law Offices of Antranig Aslanian, Jr., P.C., by Antranig Aslanian, Jr., Esq., attorneys for the Defendants, Mina Nematalla, Mina Nossier and Adamantium International LLC will move before the Hon. Magistrate Judge Joseph A. Dickson on March 16, 2015 for an Order relieving the Law Offices of Antranig Aslanian, Jr., P.C. as attorneys for the Defendants, Mina Nematalla, Mina Nossier and Adamantium International LLC.

In support of my motion I will rely on the attached Certification and Memorandum of Law.

                                                  LAW OFFICES OF ANTRANIG
                                                  ASLANIAN, JR., PC
                                                  Attorneys for Defendants, Mina Nematalla,
                                                  Mina Nossier and Adamantium
                                                  International LLC

Dated: February 26, 2015

                                                  By: _____
                                                      ANTRANIG ASLANIAN, JR.

## CERTIFICATION OF SERVICE

I, ANTRANIG ASLANIAN, JR., certify that a copy of my motion and supporting papers were served as follows on February 26, 2015 upon:

MINA NEMATALLA, Defendant
41 E. 43rd Street
Bayonne, NJ 07022
**Personal Pick up**

MINA NOSSIER, Defendant
17 West 32nd Street
Bayonne, NJ 07022
**Personal Pick up**

ADAMANTIUM INTERNATIONAL LLC, Defendant
Mina Nematalla, Registered Agent
41 E. 43rd Street
Bayonne, NJ 07022
**Personal Pick up**

I further certify that a copy of my motion and supporting papers were served electronically utilizing the CM/ECF upon the following:

Jennifer Lynn Del Medico, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Susan M. Kayser, Esq.
Lucy Jewett Wheatley, Esq.
Jones Day
51 Louisiana Ave., NW
Washington, DC 20001

ANTRANIG ASLANIAN, JR.