# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

DIRECT NUMBER: (202) 879-4694
SKAYSER@JONESDAY.COM

June 15, 2015

VIA ECF

Magistrate Judge Joseph A. Dickson
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Court Room: MLK 2D
Newark, NJ 07101

      Re:    *Victoria's Secret Stores Brand Management, Inc. v. Nematalla et al.*
               Case No. 2:14-cv-02180 (JLL) (JAD)

Dear Judge Dickson:

      Pursuant to the Court's June 5, 2015 Order, Plaintiff provides this status letter:.

      (1)    Plaintiff hereby gives notice that Vidal Cosmetics Group has complied with the pending Motion to Compel to Comply with the Subpoena to Produce Documents (ECF No. 31) and that motion is now moot.

      (2)    Defendant Mina Nematalla appeared for his deposition as scheduled Thursday May 21, 2015. Defendant Mina Nossier was not able to attend his deposition due to a schedule conflict. The parties have been cooperating and have agreed to reschedule Mr. Nossier's deposition if necessary. The parties are currently discussing settlement and Plaintiff requests until July 15, 2015 to determine if a further deposition that will address any remaining Interrogatories that are the subject of the pending motion to compel Defendants to Answer Interrogatories, (ECF No. 35) will be necessary.

                                                            Respectfully submitted,

                                                             JONES DAY

                                                             By: _____
                                                               Susan M. Kayser

cc:    Mina Nematalla
       Mina Nossier
       Adamantium International, LLC

NAI-1500388282v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON